United States District Court
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5                OAKLAND DIVISION
6
7  In re ANTHONY ONNETT
8                                    No. C 13-0349 PJH (PR)
9                                    **ORDER OF DISMISSAL**
10 _____/
11
12         This case was opened when plaintiff wrote a letter to the court regarding medical
13 care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that
14 he had not filed a complaint and was given thirty days to do so.  He also was sent a notice
15 that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP");
16 again, he was allowed thirty days to either pay the fee or file the application.  A copy of the
17 court's form for applications to proceed IFP was provided with the notice, along with a
   return envelope.
18
19         No response has been received.  This case is therefore **DISMISSED** without
20 prejudice.  No fee is due.  The clerk shall close the file.
21         **IT IS SO ORDERED.**
22 Dated:  March 22, 2013.        _____
23                                    PHYLLIS J. HAMILTON
                                    United States District Judge
24
25 G:\PRO-SE\PJH\CR.13\Onnett0349.dsm-ifp.wpd
26
27
28